No. D–310. IN RE DISBARMENT OF TILYOU. It is ordered that Frank Sheridan Tilyou, Jr., of Scottsdale, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–311. IN RE DISBARMENT OF MASON. It is ordered that Frank Ebaugh Mason, Jr., of Easton, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–312. IN RE DISBARMENT OF ERGAZOS. It is ordered that John William Ergazos, of Canton, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–313. IN RE DISBARMENT OF GRIMES. It is ordered that Robert A. Grimes, of Flint, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–315. IN RE DISBARMENT OF COBURN. It is ordered that James L. Coburn, of Freeport, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.